IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANET VIGIL SANCHEZ,

      Plaintiff,

v.                                               Case No. 1:17-cv-1168-KG-LF

WALGREENS FAMILY OF COMPANIES,
WALGREEN CO., WALGREEN
HASTINGS CO., WALGREENS STORE
NO. 3367, WALGREEN PROPERTIES,
INC., SDG8011 HARPER, LLC,
MATTHEW DELGADO, and JOHN DOE,

      Defendants.

## ORDER GRANTING EMERGENCY MOTION FOR EXPEDITED DISCOVERY

This matter is before the court on plaintiff Janet Vigil Sanchez's Emergency Motion for

Expedited Discovery. Doc. 26. Defendants filed a response, and plaintiff filed a reply. Docs.

29, 30. On March 6, 2018, the Court held a hearing on the motion.

For the reasons stated at the hearing, the Court hereby orders defendants to provide the last

known name, address, and telephone number for the store manager and any assistant store

manager(s) responsible for the Walgreen's retail store located at 8011 Harper Dr. N.E., Abq., NM

on March 13, 2015. The Court also orders defendants to produce the last known name, address,

and telephone number of each employee scheduled to work at this store on March 13, 2015.

Defendants shall produce this information no later than 5 p.m. on March 9, 2018. If defendants

are unable to produce the last known address and telephone number by this deadline, their answer

must explain why they are unable to timely produce the information, as well as provide an

anticipated date by which they will provide the information.

                                     _____

                                     Laura Fashing

                                     United States Magistrate Judge