IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANET VIGIL SANCHEZ,

    Plaintiff,

vs.	Civ. No. 17-1168 KG/LF

WALGREENS FAMILY OF COMPANIES,
WALGREEN CO., WALGREEN
HASTINGS CO., WALGREENS STORE
NO. 3367, WALGREEN PROPERTIES,
INC., SDG8011 HARPER, LLC, and
JOHN DOE,

    Defendants.

## ORDER DISMISSING DEFENDANT WALGREEN PROPERTIES, INC.

This matter comes before the Court upon the Opposed Motion for Judgment on the Pleadings as to Walgreen Properties, Inc. (Motion for Judgment on the Pleadings), filed on February 8, 2018. (Doc. 24). On February 22, 2018, Plaintiff filed a response and Defendant Walgreen Properties, Inc. filed a reply on March 2, 2018. (Docs. 28 and 30). On June 15, 2018, the Court held a telephonic hearing on the Motion for Judgment on the Pleadings. Matthew Tucker represented Plaintiff at the telephonic hearing and Alex Walker represented Defendants.

Having considered the Motion for Judgment on the Pleadings, the accompanying briefing, and the argument of counsel at the telephonic hearing, and for the reasons stated on the record at the June 15, 2018, telephonic hearing,

IT IS ORDERED that

1. the Opposed Motion for Judgment on the Pleadings as to Walgreen Properties, Inc. (Doc. 24) is granted;

2. Plaintiff's claims against Defendant Walgreen Properties, Inc. are dismissed with prejudice, thereby terminating Defendant Walgreen Properties, Inc. as a defendant in this case;

3. attorney's fees and costs will be awarded to Defendant Walgreen Properties, Inc. for bringing the Opposed Motion for Judgment on the Pleadings as to Walgreen Properties, Inc.;

4. on or before June 29, 2018, Defendant Walgreen Properties, Inc. must serve and file a brief with appropriate affidavits and time records to support the award for attorney's fees and costs; and

5. on or before July 16, 2018, Plaintiff may serve and file a response to that brief and its supporting evidence.

_____
UNITED STATES DISTRICT JUDGE