IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANET VIGIL SANCHEZ,

    Plaintiff,

vs.                                                                                Civ. No. 17-1168 KG/LF

WALGREENS FAMILY OF COMPANIES,
WALGREEN CO., WALGREEN
HASTINGS CO., WALGREENS STORE
NO. 3367, SDG8011 HARPER, LLC, and
JOHN DOE,

    Defendants.

## ORDER

This matter comes before the Court upon Plaintiff's Amended Motion for Leave to File Plaintiff's First Amended Complaint, and Memorandum in Support of Amended Motion for Leave to File Plaintiff's First Amended Complaint (collectively, Amended Motion to Amend Complaint), filed on March 12, 2018. (Docs. 39 and 40). On March 21, 2018, Defendants filed a response and Plaintiff filed a reply on April 4, 2018. (Docs. 41 and 43). On June 15, 2018, the Court held a telephonic hearing on the Amended Motion to Amend Complaint. Matthew Tucker appeared on behalf of Plaintiff at the telephonic hearing and Alex Walker appeared for Defendants.

Having considered the Amended Motion to Amend Complaint, the accompanying briefing, and the argument of counsel at the telephonic hearing, and for the reasons stated on the record at the June 15, 2018, telephonic hearing, the Court DENIES the Amended Motion to Amend Complaint. The Court, however, will follow up on this Order by entering a

Memorandum Opinion and Order detailing the specific bases for its ruling on the Amended Motion to Amend.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE