IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANET VIGIL SANCHEZ,

    Plaintiff,

vs.                                                    Civ. No. 17-1168 KG/LF

WALGREEN CO., et al.,

    Defendants.

## ORDER

This matter comes before the Court upon Walgreen Properties, Inc.'s "Defendant's Motion for Award of Attorneys' Fees in Accordance with the Court's Order Dismissing Defendant Walgreen Properties, Inc." (Motion for Attorney's Fees), filed June 29, 2018. (Doc. 53). Plaintiff filed a response on July 18, 2018, and Walgreen Properties, Inc. filed a reply on July 31, 2018. (Docs. 55 and 56).

On November 15, 2018, the Court held a telephonic hearing on the Motion for Attorney's Fees. Matthew Tucker represented Plaintiff at the telephonic hearing while Sonya Burke represented Walgreen Properties, Inc. Having considered the Motion for Attorney's Fees, the accompanying briefing, and for the reasons stated on the record at the November 15, 2018, telephonic hearing,

IT IS ORDERED that

1. Defendant's Motion for Award of Attorneys' Fees in Accordance with the Court's Order Dismissing Defendant Walgreen Properties, Inc." (Doc. 53) is granted;

2. on or before December 17, 2018, Plaintiff must pay Walgreen Properties, Inc. $886.88 in reasonable attorney's fees "for bringing the Opposed Motion for Judgment on the Pleadings," *see* (Doc. 49) at 2; and

3. the parties will determine how to pay the $886.88 to Walgreen Properties, Inc.

_____
UNITED STATES DISTRICT JUDGE