IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JANET VIGIL SANCHEZ,

    Plaintiff,

vs.                                     Case No. 1:17-cv-1168-KG-LF

WALGREENS FAMILY OF
COMPANIES, WALGREEN CO.,
WALGREEN HASTINGS CO.,
WALGREENS STORE NO. 3367,
WALGREEN PROPERTIES, INC.,
SDG8011 HARPER, LLC, MATTHEW
DELGADO, and JOHN DOE,

    Defendants.

## STIPULATED ORDER TO DISMISS WITH PREJUDICE

THIS MATTER having come before the Court upon the Joint Motion to Dismiss with Prejudice submitted by Plaintiff and Defendants and the Court being fully advised of the premises, FINDS that the Motion is well taken.

IT IS THEREFORE HEREBY ORDERED that all claims that were or could have been asserted herein by Plaintiff against Defendants are hereby dismissed with prejudice. Each party shall bear its own costs and attorney fees.

_____
UNITED STATES DISTRICT JUDGE

Approved:

MODRALL, SPERLING, ROEHL, HARRIS
 & SISK, P.A.

By: */s/ Alex Walker*
 Alex C. Walker
 Sonya R. Burke
 P.O. Box 2168
 Albuquerque, NM 87103-2168
 Telephone: (505) 848-1800
 awalker@modrall.com
 srbu@modrall.com
 *Attorneys for Defendants*

FADDUOL, CLUFF, HARDY & CONAWAY, P.C.

By: *Electronically approved – 5/13/19*
 Josh Conaway
 3301 San Mateo Blvd. NE
 Albuquerque, New Mexico 87110
 (505) 242-6045
 jconaway@fchclaw.com
 *Attorneys for Plaintiff*

*W3424264.DOCX*